# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 3, 2009

Marilyn Kelly,
Chief Justice

137706 & (89)(90)

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

AARON THERIAULT, Assignee of
TERRI'S LOUNGE, INC., d/b/a
TERRI'S LOUNGE,
        Plaintiff-Appellant/
        Cross-Appellee,

and

MICHIGAN DEPARTMENT OF
COMMUNITY HEALTH,
        Intervening Plaintiff-Appellee,

v

 AL BOURDEAU INSURANCE SERVICE, INC.,
        Defendant-Appellee/
        Cross-Appellant.

SC: 137706
COA: 278643
Genesee CC: 05-081385-NZ

_____/

      On order of the Court, the motion for extension of time to file a response is GRANTED. The application for leave to appeal the October 14, 2008 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 3, 2009

_____

Clerk

p0527